without prejudice does not have res judicata effect so as to preclude this proceeding *(see, Matter of Ireland v Zoning Bd. of Appeals,* 195 AD2d 155, 158; *Matter of Driscoll v Department of Fire,* 115 AD2d 300, 301). (Appeal from Judgment of Supreme Court, Jefferson County, Gilbert, J.—CPLR art 78.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.

■ STEPHEN P. CORNEY et al., Appellants, v DONALD R. DIXON, Respondent, et al., Defendant. (Appeal No. 2.) [636 NYS2d 684] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.

■ FLEET MORTGAGE CORP., Appellant, v SECURITY MUTUAL INSURANCE COMPANY, Respondent, et al., Defendant. (Appeal No. 1.) [636 NYS2d 684] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Judgment of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.

■ FLEET MORTGAGE CORP., Appellant, v SECURITY MUTUAL INSURANCE COMPANY, Respondent, et al., Defendant. (Appeal No. 2.) [636 NYS2d 685] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.

■ In the Matter of ROBERT F. DELAHUNT, Respondent-Appellant, v CITY OF OSWEGO, Appellant-Respondent. [636 NYS2d 238] —Judgment unanimously affirmed with costs to plaintiff. Memorandum: We conclude, albeit for different reasons, that Supreme Court properly granted the petition and directed respondent to provide petitioner with General Municipal Law § 207-a benefits. Because the Comptroller granted petitioner's application for performance of duty disability retirement, it was improper for respondent to deny the application of petitioner for disability benefits pursuant to General Municipal Law § 207-a (2) on the ground that he was not permanently disabled as a result of his performance of duties as a firefighter *(see, Matter of Cook v City of Utica,* 216 AD2d 944, *lv granted* 86 NY2d 710; *Matter of Putnam v City of Watertown,* 213 AD2d 974; *Matter of Dembowski v La Polla,* 213 AD2d 972, *lv*